**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Lawrence T. Brown, | Case No. 2:25-cv-00159-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

Under 28 U.S.C. § 1915 Plaintiff is proceeding in this action *pro se* and *in forma pauperis* (meaning, without paying the filing fee).  (ECF No. 5).  Plaintiff has filed an amended complaint (ECF No. 7), which amended complaint the Court must screen under § 1915(e).  However, Plaintiff has not signed his amended complaint as required by Federal Rule of Civil Procedure 11.  Fed. R. Civ. P. 11(a) ("[e]very pleading, written motion, and other paper must be signed by…a party personally if the party is unrepresented").  Plaintiff's mail has also been retuned as undeliverable.  (ECF No. 9); *see* Local Rule IA 3-1 (explaining that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.").  So, the Court will dismiss Plaintiff's complaint without prejudice and with leave to amend so that he may file a signed complaint.  The Court will further require Plaintiff to update his address.

**IT IS THEREFORE ORDERED** that Plaintiff's amended complaint (ECF No. 7) is **dismissed without prejudice and with leave to amend**.  Plaintiff will have until **July 6, 2026,** to file an amended complaint including his signature as required by Rule 11.  Plaintiff is informed that the Court cannot refer to a prior pleading (i.e., the original complaint) to make the amended complaint complete.  This is because, generally, an amended complaint supersedes the original

complaint. Local Rule 15-1(a) requires that an amended complaint be complete without reference to any prior pleading. Once a plaintiff files an amended complaint, the original complaint no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each Defendant must be sufficiently alleged.

**IT IS FURTHER ORDERED** that Plaintiff must update his address on or before **July 6, 2026**.

**IT IS FURTHER ORDERED that failure to comply with this order will result in the recommended dismissal of this case.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Plaintiff: (1) at his address; and (2) at the email addresses he has provided on his recent filings: Jesusresurection13@gmail.com; dripdrizzy@raparazzi.com

DATED: May 5, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE